FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOOD RIVER DISTILLERS INC., <br><br> Plaintiff, <br><br> v. <br><br> SLEEPING GIANT BEVERAGE COMPANY INC., doing business as Lewis & Clark Brewing Company, <br><br> Defendant. | No. 2:19-cv-00048-SMJ <br><br> **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed stipulated protective order, **ECF No. 34-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1