FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOOD RIVER DISTILLERS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLEEPING GIANT BEVERAGE COMPANY INC., doing business as Lew & Clark Brewing Company,<br><br>Defendant. | No. 2:19-cv-00048-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 6, 2020, the parties filed a stipulated dismissal, ECF No. 49. Consistent with the parties' agreement, L.R. 41(a)(1)(B), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Voluntary Dismissal, **ECF No. 49**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge